PEARL JONES v. STATE.

No. A-1908. Opinion Filed March 6, 1913.

Appeal from Garfield County Court;

Winfield Scott, Judge.

C. D. Roseman, for plaintiff in error.

PER CURIAM. Pearl Jones, plaintiff in error was convicted of the crime of maintaining a place for the illegal sale of intoxicating liquors, and was on December 16th, 1912, sentenced to serve a term of sixty days in the county jail and to pay a fine of four hundred dollars. To reverse this judgment an appeal was perfected by filing in this court, on February 10th, 1913, a petition in error with case-made. Now, on this 6th day of March, 1913, plaintiff in error by his counsel of record has filed a motion to dismiss the appeal. The motion to dismiss is hereby granted, and said appeal is dismissed and the cause is remanded to the county court of Garfield county with direction to enforce its judgment and sentence therein.

---

Ex parte CLIFFORD WOODARD et al.

No. A-1479. Opinion Filed March 8, 1913.

Petition for the writ of habeas corpus.

Writ denied.

Ed. M. Frye and Curtis & Pitchford, for petitioners.

T. F. Shackelford, Co. Atty., contra.

PER CURIAM. This is a petition for the writ of habeas corpus on the part of Clifford Woodard, Barney Tisher, Edward Sanders, Wolf Porter, Ernest Williams, and Felix Lee, who are in the custody of the sheriff of Sequoyah county, for the purpose of being admitted to bail. Bail of Clifford Woodard is fixed at ten thousand dollars. Bail is denied as to the other petitioners.